IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHELLE O'NEAL,

     Appellant,

v.

HSBC BANK, USA, NA, AS
TRUSTEE etc. et al.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2635

Opinion filed February 17, 2015.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Thomas R. Pycraft, Jr. and Michael Joseph Pelkowski of Pycraft Law, LLC, St. Augustine, for Appellant.

Nancy M. Wallace and Michael J. Larson of Akerman LLP, Tallahassee.  William P. Heller of Akerman LLP, Ft. Lauderdale., for Appellees.

PER CURIAM.

     AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.